

## JAMES A. BOWEN, CORONER

22537 Route 187, PA, Wysox, PA 18854  -  Office 570-297-0720  -  Fax  570-485-5930  Email  bcoroner@bradfordco.org

### CERTIFICATION OF RECORDS BY CUSTODIAN
### PURSUANT TO RULES OF EVIDENCE 803(6) AND 902(11)

I, Chief Deputy Timothy R. Cahill Jr., do hereby state and declare under the penalties of perjury that the following is true and correct:

I am the Chief Deputy Coroner and the duly authorized custodian of the records for the Bradford County Coroner's Office and in such capacity, have authority to the attached records.

The attached records are true copies of all original records maintained by the Bradford County Coroner's Office regarding George Ernest Watts, Jr. (Date of Birth: June 11, 1997 that were requested by George E. Watts.

The attached records were kept in the course of regularly conducted business activity of the Bradford County Coroner's Office and were prepared as a result practice and custom.

The attached records were prepared by the Bradford County Coroner's Office personnel in their regular course of business at or near the time of the act, condition, diagnosis, or event reported thereon, and by the person or persons with knowledge of and a business duty to record or transmit those matters.

Signature:

Timothy R. Cahill Jr.
Chief Deputy Coroner
Bradford County Coroner's Office
April 20, 2023

Exh. 1, 1 of 13



## Bradford County Coroners' Office

Bradford County Coroner
James A. Bowen
22537 Route 187
Wysox, PA 18854

TELEPHONE: 570-297-0720
FAX: 570-485-5930
EMAIL: ccoroner@bradfordco.org
www.bradfordcountycoroner.com

## *Coroner's Comprehensive Report of Death Investigation*

| DATE CONTACTED | Oct 27, 2021 | BY | Bradford County 911 | | CASE NUMBER | J-2021-27-10-Watts, George |
|---|---|---|---|---|---|---|
| TIME CONTACTED | 9:25 AM | | | | INCIDENT NO. | |

### DEMOGRAPHICS

| | | | |
|---|---|---|---|
| DECEDENT NAME | Watts, George Ernest Jr. | SEX | Male |
| ADDRESS | 488 Barnes Hill Road | DOB | Jun 11, 1997 |
| C/S/ZIP | Lockwood, NY 14859 | AGE | 24years |
| COUNTY OF RESID | Tioga | RACE | White/Caucasian |
| MUNICIPALITY | | SSN | 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 |
| MARITAL STATUS | Never Married | HEIGHT | |
| OCCUPATION | Student | WEIGHT | |
| EMPLOYER | | EYE COLOR | |
| | | HAIR COLOR | |

### NEXT OF KIN

| | | | |
|---|---|---|---|
| NAME | George E. Watts | RELATIONSHIP | |
| ADDRESS | 488 Barnes Hill Road | PHONE #1 | (607) 598-2546 |
| C/S/ZIP | Lockwood/ NY/ 14859 | PHONE #2 | (607) 333-5465 |
| LAST CONTACT | | LAST CONTACT DATE | |
| CONTACT TYPE | | LAST CONTACT TIME | |
| DL# | | | |

### CAUSE / MANNER / CIRCUMSTANCES OF DEATH

| | | | |
|---|---|---|---|
| PRIMARY CAUSE | Covid-19 Vaccine-related myocarditis | INTERVAL | Weeks |
| DUE TO | | INTERVAL | |
| DUE TO | | INTERVAL | |
| DUE TO | | INTERVAL | |
| MANNER OF DEATH | Natural | | |
| OTHER SIGNIFICANT CONDITIONS | | | |
| DECEDENT MEDICAL HISTORY | | | |

| | | | |
|---|---|---|---|
| DATE OF DEATH | October 27, 2021 | TIME OF DEATH | 9:05 AM Pronounced |
| DATE PRONOUNCED | October 27, 2021 | TIME PRONOUNCED | 9:05 AM |
| DEATH DUE TO INJURY | | MVA | DATE INJURED | |
| INJURED AT WORK | | WEAPON USE | TIME INJURED | |

| DECEDENT NAME | Watts, George Ernest Jr. | | CASE | J-2021-27-10-Watts, George |
|---|---|---|---|---|

| COUNTY OF INJURY | | MUNICIPALITY | |
|---|---|---|---|
| PLACE(HOME, FARM..) | | | |
| ACTUAL ADDRESS | | | |

## CAUSE / MANNER / CIRCUMSTANCES OF DEATH (Con't)

| AUTOPSY | Yes | PATHOLOGIST | Dr. Robert | AUTOPSY DATE | October 28, 2021 |
|---|---|---|---|---|---|
| AUTOPSY RESULT | | | Stoppacher | DATE ADMITTED | October 27, 2021 |
| PLACE OF INCIDENT | 488 Barnes Hill Road Lockwood, NY 14859 | | | | |
| PLACE OF DEATH | Emergency Room/Outpatient | | | MUNIC OF DEATH | Sayre Boro. |
| BODY POSITION | | | | | |
| RIGOR MORTIS | | | | BLOOD ALCOHOL | |
| | | | | BAC Level | |
| | | | | Bradford | |
| | | | | CO LEVEL | |
| LIVOR MORTIS | | | | DRUG USE | |
| BLOOD PRESENT | | PRI. LOCATION | | BLOOD DRAWN | No |
| CLOTHING | | | | URINE OBTAINED | No |
| SCARS | | | | VITREOUS DRAWN | No |
| TATTOOS | | | | HAIR OBTAINED | No |

## MEDICAL HISTORY

| ATTENDING PHYSICIAN | | PHONE | | |
|---|---|---|---|---|
| ATTENDING PHYSICIAN | | PHONE | | SPECIALITY |
| ATTENDING PHYSICIAN | | PHONE | | |
| HEALTHCARE FACILITY | | PHONE | | |

## ASSISTING AGENCIES

| POLICE | Chemung County Sheriffs Office | CONTACT | Brandon Couse | PHONE | |
|---|---|---|---|---|---|
| Police Incident # | | | | | |
| FIRE/RESCU | | CONTACT | | PHONE | |
| EMS | Greater Valley EMS | CONTACT | Shelby McCutcheon | PHONE | (570) 888-6000 |
| OTH AGENCY | | CONTACT | | PHONE | |

## DISPOSITION / FUNERAL HOME DATA

| 1st REMOVED | | REMOVED BY | |
|---|---|---|---|
| 2nd REMOVED | | REMOVED BY | |
| 3rd REMOVED | | REMOVED BY | |
| RELEASE DATE | | CERTIFIER | Timothy Cahill, Chief Deputy Coroner |
| TYPE OF DISP | Cremation | CREM REL BY | |
| DISPO DATE | October 28, 2021 | CREM REL DT | |
| DISPO LOC | | FNRL HOME | Sullivan's Funeral Home |
| ADDRESS | | ADDRESS | 365 E. Franklin St. |
| C/S/ZIP | / / | C/S/ZIP | Horseheads/ NY/ 14845 |
| CONTACT | | CONTACT | |
| PHONE | | PHONE | (607) 739-2035 |

## DESCRIPTION OF INVESTIGATION

DISPATCH INFORMATION

Exh. 1, 3 of 13

I, Chief Deputy Coroner Timothy R. Cahill Jr. of the Bradford County Coroner's Office was contacted by Bradford County

DECEDENT NAME: Watts, George Ernest Jr.                    CASE: J-2021-27-10-Watts, George

Emergency Operations Center (EOC) on October 27, 2021.  I was requested to contact the Robert Packer Hospital Emergency Room (RPH ER) via telephone.  Thereafter, I communicated with Lo Ovedovitz, Emergency Room MD.  Dr. Ovedovitz advised that a patient, George E. Watts Jr. (Dob: 06/11/1997, Age: 24) was transported to the RPH ER by ground ambulance and was unresponsive and in cardiac arrest upon arrival to the RPH ER.  Dr. Ovedovitz advised that the patient was pronounced deceased at 09:05 (October 27, 2021).

SCENE INFORMATION

Upon arrival at the RPH ER I met with Dr. Ovedovitz to which advised that Watts had been transported to the RPH ER on this date by Greater Valley EMS/ALS (Ground Ambulance, GVEMS) from his residence, 488 Barnes Hill Rd., Lockwood NY 14859 (Chemung County NY).  GVEMS arrived at the RPH ER at 08:46 and transferred patient care to RPH ER staff.  Dr. Ovedovitz stated that according to hospital records and family members Watts had no past medical history on file that explain his sudden death.  Dr. Overdovitz stated that there is no known history of substance abuse or obvious signs of substance abuse.  Dr. Overdovitz stated that according to medical records Watts had been seen at the RPH ER on two separate occasions in October 2021 and had been diagnosed with sinusitis and prescribed an antibiotic.  Dr. Overdovitz advised that Watts had recently received the Corona Virus vaccine as well.

PRECURSORY PHYSICAL EXAMINATION (COMPLETED AT RPH ER)

Head/Ears/Eyes/Nose/Mouth: Unremarkable, no signs of trauma
Neck: Unremarkable, no signs of trauma
Chest/Abdomen: Unremarkable, no signs of trauma
Pelvic: Unremarkable, no signs of trauma
Extremities:
    Right arm/hand/fingernails: Unremarkable, no signs of trauma
    Left arm/hand/fingernails: Unremarkable, no signs of trauma
    Right leg/foot/toenails: Unremarkable, no signs of trauma
    Left leg/foot/toenails: Unremarkable, no signs of trauma

NEXT OF KIN INTERVIEW

The parents, Kelly Watts (mother) and George Watts Sr. (Father) were preset at the RPH ER. K. Watts explained that her son was healthy young male that had no reportable diagnosed medical history.  Watts primary care physician is Dr. Joseph F. Haluska of 555 E. Market St., Elmira NY 14901 (607-733-6541).  K. Watts stated that Watts is a student at Corning Community College, Corning NY.  K. Watts stated that her son was mandated by the College to receive the Corona Virus vaccination to continue attending college.  K. Watts stated that Watts received the Pfizer vaccine at Guthrie, Sayre PA (2-doses) in August and September.  K. Watts stated that her son had been complaining of the following symptoms since he received the second dose in September 2021:
1.      Tingling in both feet daily
2.      Both heels hurting daily
3.      Around beginning of October 2021 hands and fingers started going numb and he started having difficulty grasping and holding onto objects.
4.      Blood in his sperm and urine past couple of weeks (Not sexually active)
5.      Sinus pressure, sinus drip, Diagnosed with Acute maxillary sinusitis on 10/13/2021
6.      Severe cough
7.      Past week developed sensitivity to light.  Wanted to remain in the dark as any light source was causing him severe pain to his eyes.
8.      10/27/2021-Started coughing up blood prior to going unresponsive and went into cardiac arrest at home.

MEDICAL RECORDS REVIEW

GVEMS PCR REPORT #5192 DR NUMBER 2105413 (Synopsis of report)
GVEMS/ALS was dispatched on October 27, 2021, at 07:10 to 488 Barnes Hill Rd., Van Ette NY, Chemung County NY for unresponsive male not breathing, cardiac arrest-CPR in progress.  GVEMS MICU 32 arrived on scene at 07:30 and located the patient, Watts on the floor within a bedroom (reportedly well kept/clean).  GVEMS reported that CPR was in progress upon arrival by his mother and another EMS provider.
GVEMS Paramedic was told by the mother, K. Watts that Watts had been talking to her when he suddenly went unresponsive and was found to have no respirations and or a pulse.  K. Watts called 911 and immediately began hands only CPR.

DECEDENT NAME  Watts, George Ernest Jr.                    CASE  J-2021-27-10-Watts, George

GVEMS was told that Watts had recently been to the ER twice over the past two weeks and had been suffering numerous ailments. Watts had been taking Augmentin, Mucinex and Nyquil. Watts was transported to the RPH ER (For additional information refer to PCR)

GUTHRIE RECORDS REVIEW (SYNOPSIS)

DATE OF SERVICE 10/12/2021

Watts presented to the RPH ER on October 12, 2021 with multiple complaints, sinus congestion and sore throat, and a cough. There was a reported lump on the left side of his neck for the past two weeks. Watts reported that for the past two weeks he noted blood in his sperm. Watts denied STD's, no testicle pain, no penis pain or lesions (Reportedly not sexually active). Watts denied any recent fevers, chills, chest pain, or shortness of breath, nausea or vomiting, abdominal pain, dysuria or hematuria, diarrhea, melena, hematochezia, rashes or wounds, or new leg pain or swelling. Watts stated there was no recent travel or trauma.
XR Chest 2 Views PA and Lateral (Standard) were said to be completed. The report stated that lungs were clear without findings of a focal consolidation, pneumothorax, or pleural effusion. The cardio mediastinal silhouette is within normal limits for age.

FINAL IMPRESSION/DISPOSTION

1. Acute maxillary sinusitis, recurrence not specified
2. Pharyngitis, unspecified etiology
3. Cough
4. Hematuria, unspecified type (presence of blood in urine)
5. Lymphadenopathy of left cervical region
6. Dehydration

ER suggested to follow up with PCP/urology and return to ER for any concerns.

DATE OF SERVICE OCTOBER 19, 2021

Watts returned to the RPH ER on October 19, 2021 for concern his cough is getting worse and his health has not improved after a week of antibiotic (Augmentin). Watts was previously diagnosed with sinusitis. Watts vomited while coughing last night, October 18, 2021. Watts denied recent fever, chills chest pain, shortness of breath, nausea, abdominal pain, dysuria, diarrhea, melena, hematochezia, rashes or wounds, or new leg pain or swelling.

XR 2 View PA and Lateral (Standard)

Two view chest comparison studies. No definite evidence of an acute infiltrate or pneumothorax. No significant pleural effusion. Heart size is within normal limits with no evidence of cardiac failure. No acute osseous abnormalities are seen. There were no definite acute cardiopulmonary findings seen radiographically.

FINAL IMPRESSIO/DISPOSTION

Watts was diagnosed with sinusitis and bronchitis.

PFIZER VACINATION

First dose-August 27, 2021 at Guthrie, Sayre PA
Second dose-September 17, 2021 at Guthrie, Sayre PA

TRANSPORTATION/REMOVAL

Watts was transported to Lourdes Hospital, Binghamton NY by GVEMS for autopsy.

Autopsy information:

Date: October 28, 2021

DECEDENT NAME   Watts, George Ernest Jr.                    CASE   J-2021-27-10-Watts, George

Location: Lourdes Hospital, 169 Riverside Dr., Binghamton, NY 13905
Pathologist: Robert Stoppacher, MD
Results: Pending

Toxicology testing/Blood Drawl:

Date: October 28, 2021
Location: Lourdes Hospital, 169 Riverside Dr., Binghamton, NY 13905
Laboratory: NMS

Cause and Manner of Death:

Manner of Death: Pending
Cause of Death:
1.    Pending
2.
3.
Death Certificate completed: Pending certificate
Date of Death: 10/27/2021          Time of Death: 09:05
Pronounced by: Loni Ovedovitz, MD
Certified by: Timothy R. Cahill Jr., Chief Deputy Coroner

FUNERAL HOME AND DISPOSITION:

Covert Funeral Home
7199 Main St, Ovid, NY 14521
607-869-3411

Disposition: Cremation

Autopsy information:

Location: Lourdes Hospital, 169 Riverside Dr., Binghamton, NY 13905
Pathologist: Robert Stoppacher, MD

Autopsy Results: Robert Stoppacher, Pathologist-MD reported that based on consideration of the autopsy examination, review of available records, and toxicologic analysis, the death of George Watts to a reasonable degree of medical certainty, is ascribed to COVID-19 vaccine-related myocarditis. The death is ruled natural.

| INVESTIGATING CORONER / DEPUTY DATA | |
|---|---|
| COR / DEPUTY Timothy Cahill, Chief Deputy Coroner | CERT SIGN   January 14, 2022 |

Timothy R. Cahill Jr.,  Chief Deputy Coroner
Timothy Cahill, Chief Deputy Coroner        4/21/2023

# LOURDES HOSPITAL
# PATHOLOGY REPORT
# AUTOPSY

Name:  **WATTS, GEORGE**                          Lab # :     A21-452

DOB/Age:     6/11/1997 (Age: 24)      Sex:  M

Date Admitted:        Not Applicable
Date Expired:         10/27/2021 00:00
Postmortem:           10/28/2021 00:00
Physician/Coroner:    CAHILL, TIMOTHY MR
CC :
Pathologist:          STOPPACHER, ROBERT MD

## Final Autopsy Diagnoses:

I.       Complications of COVID-19 vaccine-related myocarditis.
    A.       Diffuse mottling of myocardium.
    B.       Bi-ventricular cardiac dilatation (heart weight, 450 gm).
    C.       Acute and sub-acute myocarditis, microscopic.
        1.       No viral organisms isolated from post-mortem heart culture.
        2.       No laboratory evidence of Lyme disease, Ebstein Barr virus, or treponemal antibodies.
    D        Witnessed cardiac arrest and collapse.
        1.       Status post cardiopulmonary resuscitation with acute rib fractures.
    E.       History of initiation of symptoms after second dose of COVID-19 vaccination (BNT162b2).
    F.       Organizing pneumonia, bilateral lungs, microscopic.
    G.       Splenomegaly (1350 gm) with multi-focal infarcts.
    H.       Focal acute nephritis, microscopic.
    I.       Diffuse central necrosis with acute and chronic inflammation, prostate gland.

II.      Post-mortem nasopharyngeal testing negative for COVID-19.

III.     See separate Toxicology Report.

## Comment:

Based on consideration of the autopsy examination findings, review of available records, and toxicologic analysis, the death of George Watts, to a reasonable degree of medical certainty, is ascribed to COVID-19 vaccine-related myocarditis.   Given the circumstances surrounding the death as currently known, the manner of death is best classified as natural.

*OK RS 12·29·21*

kg/12/4/2021                                                         ***Electronically Signed Out***
                                                                    STOPPACHER, ROBERT MD

## External Examination
## CIRCUMSTANCES OF DEATH:

MICHAEL ZUR, MD, DIRECTOR * CLIA# 33D0168541 * ROBIN EASTMAN - ABAYA, MD

KAZUKO NITTA, MD  *  ZARINA HERNANDEZ - SCHIPPLICK, MD * JAMES A. TERZIAN, MD
Lourdes Hospital Department of Pathology * 169 Riverside Drive * Binghamton, NY * 13905

Exh. 1, 7 of 13

**WATTS, GEORGE**                    **PATHOLOGY REPORT**                    A21-452

The decedent is a 24-year-old male with no past medical history.   After receiving his second dose of the COVID-19 vaccination (BNT162b2) on 9/17/2021 he developed extremity numbness, sinus infections, and more recently light sensitivity and cough.   On 10/27/2021, he had a coughing episode prior to sustaining a witnessed cardiac arrest.   911 was contacted and he was taken to a local hospital where he was unable to be resuscitated.   Postmortem nasopharyngeal testing was negative for COVID-19.

### IDENTIFICATION:

The body is identified by identification tags attached to the body bag and on the left great toe and left thumb.

### WITNESSES:

James Eleftheratos, Autopsy Assistant

### X-RAYS:

No radiographs are obtained

### CLOTHING:

1.  A pair of gray athletic shorts.
2.  A pair of dark blue cotton underwear.

### EVIDENCE OF MEDICAL THERAPY:

1.  A combination tube is present within the oral cavity and is fastened posteriorly by a synthetic strap.
2.  An intravenous catheter is present in the flexor aspect of the left midforearm.
3.  An intraosseous catheter is present in the left lower leg.

### GENERAL EXTERNAL EXAMINATION:

The body is that of an adequately nourished, normally developed, adult white male appearing consistent with the documented age. The body weighs an estimated 200 pounds and measures 70 inches in length.   The body is cool to the touch and postmortem rigidity is well-established in the jaw and in the small and large joints of the upper and lower extremities.   There is unfixed purple lividity over the posterior aspects of the body with the exception of areas exposed to pressure.

**HEAD:**   The head is normocephalic and the scalp is free of acute traumatic injuries.   There is dark brown scalp hair measuring to 8 cm in length.   **EYES:**   The irides are brown and the pupils are round and equal, each measuring 0.5 cm in diameter.   The corneae are clear and the sclerae and conjunctivae are slightly injected but do not show petechial hemorrhages.   **NOSE:**   The nasal septum is in the midline and the external nose is free of trauma. **EARS:**   The ears are normally developed and are free of acute traumatic injuries. **MOUTH:**   The lips are free of trauma.   The frenula are intact and there is natural dentition in a good state of repair.   The tongue lies anteriorly along the floor of the mouth in the midline. **FACE:**   There is patchy black facial hair in a mustache and full beard distribution measuring up to 1.5 cm in length.
**NECK:**   The neck is symmetrical, and the trachea appears in the midline.   There are no scars, masses, or cutaneous injuries.
**CHEST:**   The chest demonstrates a normal anterior-posterior dimension.   There are injures to be described below.   There is mild gynecomastia appreciated.
**ABDOMEN:**   The abdomen is round to protuberant with vertically-oriented striae.   No scars, masses or tattoos are present.
**EXTERNAL GENITALIA:**   The external genitalia are those of a circumcised adult male.    No cutaneous ulcers or other lesions are present.   Both testicles are palpated within the scrotum.   The anus is unremarkable.
**EXTREMITIES:**   The extremities are well-formed, and all digits are present.   The upper extremities show a needle puncture mark in association with the catheter described above. There are needle puncture marks seen in the medial aspect of the left antecubital fossa and dorsal aspect of the left wrist, neither of which is associated with the catheter.   The fingernails are short and free of soiling.   The palms are unremarkable.   The lower extremities show a needle puncture mark in association with the catheter described above.   They are otherwise free of scars, masses or tattoos.   The toenails are short and free of soiling. The soles of the feet show slight callous formation.
**BACK:**   The back is grossly unremarkable.

### EVIDENCE OF INJURY:

The midline sternal region shows a faint area of pink-purple contusion measuring 17 cm in overall dimension in which are areas of dried red-maroon abrasion ranging from 1-2 – 4.5 cm.

There are acute fractures of bilateral ribs 2-4 anteriorly with small amounts of adjacent soft tissue hemorrhage.

MICHAEL ZUR, MD, DIRECTOR * CLIA# 33D0168541 * ROBIN EASTMAN - ABAYA, MD

KAZUKO NITTA, MD  *  ZARINA HERNANDEZ - SCHIPPLICK, MD * JAMES A. TERZIAN, MD
Lourdes Hospital Department of Pathology * 169 Riverside Drive * Binghamton, NY * 13905

**WATTS, GEORGE**                     **PATHOLOGY REPORT**                     **A21-452**

## GENERAL INTERNAL EXAMINATION:

The body is opened with the standard Y-shaped incision.   All abdominal and thoracic organs are present in their usual anatomic relationships.

**HEART:**   The heart weighs 450 gm.   The pericardial surfaces are slightly hyperemic but show no exudates.   There is a small amount of dark yellow serous fluid within an intact pericardial sac. The coronary arteries arise normally from ostia situated within the sinotubular junction.   They demonstrate a normal course and caliber and the right-sided circulation is dominant.   No atherosclerosis, thrombosis, aneurysm, or dissection is present.   Sectioning the heart reveals the myocardium to be pale and mottled with areas of pallor adjacent to more typical red-brown myocardium.   This change is noted diffusely throughout the left ventricle, interventricular septum and right ventricle. The left ventricular wall measures 1.2 – 1.3 cm in thickness, concentrically. There is moderate dilatation of both the right and left ventricular chambers.   No septal defects are present.   The endocardial surfaces are smooth and glistening.   The cardiac valves are in their usual anatomic positions and do not show gross abnormalities.   Specifically, no vegetations are present.   **GREAT VESSELS:**   The great vessels arise normally and are patent. The aorta has a normal course and caliber and is free of atherosclerosis.

**LUNGS:**   The right lung weighs 980 gm.   The left lung weighs 830 gm.   The pleural surfaces are smooth and glistening without adhesions.   No pleural effusion is present.   The upper airways bilaterally are clear of debris and foreign material and the mucosal surfaces appear normal.   The pulmonary arteries are patent without thromboemboli.   Sectioning the lungs reveals the parenchyma to be red-maroon and diffusely congested.   The cut surfaces exude prominent blood and moderate frothy fluid.   No mass lesions or discrete areas of consolidation are present.   No gross intraparenchymal hemorrhage is present.

**LIVER AND BILIARY SYSTEM:**   The liver weighs 2100 gm.   The liver capsule is smooth, glistening and intact.   The underlying parenchyma is pale brown, of normal consistency, and does not show gross cirrhosis of focal lesions.   The gallbladder contains the usual amount of green-yellow bile.   No stones or cholesterolosis are present.   No bile duct abnormalities are noted.

**GASTROINTESTINAL TRACT:**   The esophagus has the usual folded mucosal pattern.   **STOMACH:**   The stomach contains 75 cc of thin brown liquid without identifiable food, foreign objects, or pills.   The gastric mucosa has the usual rugal folds.   There are no ulcers, tumors or hemorrhages.   **BOWEL:**   The small and large bowels demonstrate a normal course and caliber and are grossly unremarkable.   There is no abnormal collection of peritoneal fluid.   **APPENDIX:**   The appendix is present.   **PANCREAS:** The pancreas is located in the appropriate retroperitoneal location.   It demonstrates a tan-gray lobular appearance without focal lesions.

**GENITOURINARY TRACT:**   The right kidney weighs 210 gm.   The left kidney weighs 230 gm.   The capsules strip with ease revealing underlying red-brown, smooth cortical surfaces.   The parenchyma is of the appropriate thickness and the cortex and medulla are well demarcated.   The calyces, pelves and ureters are without gross abnormalities.   No infarcts or other lesions are seen.   **BLADDER:**   The urinary bladder contains empty and the mucosa is gray-tan and trabeculated.   **MALE INTERNAL GENITALIA:**   The prostate gland is of appropriate size with the central aspect showing a cavitary area of necrosis that shows mustard-yellow discoloration.   This is somewhat irregular and occupies and area measuring 2.2 cm in overall dimension.   More peripherally, typical white-gray prostate tissue is present without additional lesions.

**ADRENAL GLANDS:**   The adrenal glands demonstrate a yellow cortex, which is clearly demarcated from the underlying red-brown medulla.

**NECK:**   The strap musculature and sternocleidomastoid muscles to be free of hemorrhage.   The hyoid bone and thyroid cartilages are intact.   The thyroid and parathyroid glands are unremarkable.   The larynx at the level of the vocal folds is patent and free of obstructing lesions.   The endotracheal tube is in place.   There is no edema or exudate of the epiglottis.

**SPLEEN AND LYMPHATICS:**   The spleen weighs 1350 gm.   The surface of the spleen is covered by omental adipose tissue on the non-hilar aspect.   The underlying capsular surface is dusky gray to maroon but intact.   The underlying parenchyma is dark red-maroon and somewhat spongy demonstrating a consistency similar to that of the thyroid gland.   No infarcts are identified grossly.

**BRAIN:**   The brain weighs 1520 gm.   The deep scalp tissue is free of hemorrhage.   The underlying skull is intact, and no fractures are present.   Removal of the skullcap reveals the dura mater to be intact.   There are no epidural or subdural hemorrhages.   The leptomeninges are slightly hyperemic but show no exudates.   No surface lesions or subarachnoid hemorrhage are present.   The structures at the base of the brain, including cranial nerves and blood vessels, are intact without aneurysms or atherosclerosis.   Sectioning the brain reveals a clear gray-white matter demarcation.   No focal lesions are present. There is mild generalized edema associated with narrowing of the ventricles.   The brainstem and cerebellum are unremarkable.

---

MICHAEL ZUR, MD, DIRECTOR * CLIA# 33D0168541 * ROBIN EASTMAN - ABAYA, MD

KAZUKO NITTA, MD  *  ZARINA HERNANDEZ - SCHIPPLICK, MD * JAMES A. TERZIAN, MD
Lourdes Hospital Department of Pathology * 169 Riverside Drive * Binghamton, NY * 13905

**MUSCULOSKELETAL SYSTEM:**  The body musculature is red, firm and well-developed.  There are no underlying skeletal abnormalities.  The vertebral column is without kyphosis, scoliosis, or arthritic change.

**SPECIMENS/EVIDENCE:**

The following toxicology specimens are retained:

1.  Vitreous humor.
2.  Aortic blood.

The following microbiologic samples are obtained:

1.  Nasopharyngeal swab, COVID-19 testing.
2.  Cerebrospinal fluid.
3.  Heart tissue, viral culture and frozen.

kg/12/4/2021                                     STOPPACHER, ROBERT MD
**Microscopic Findings**

**LEFT LUNG (1):**   Shows multiple foci of organizing pneumonia consisting of fibroblasts and extensive alveolar macrophages filling alveolar spaces.  Focally, these areas are associated with increased chronic inflammatory cells admixed with rare acute inflammatory cells.  Other areas show increased alveolar macrophages including multi-nucleated giant cells, some of which show engulfed red blood cells (emperipolesis) and intra-alveolar hemorrhage.  No hyaline membranes are present.  Scattered vessels show clear round spaces surrounded by red blood cells (fat emboli).

**RIGHT LUNG (2):**   Shows findings similar to those seen in the left lung.

**LEFT VENTRICLE (3):**   Shows diffuse involvement by a mixture of acute and chronic inflammatory cells primarily in a perivascular distribution.   In areas the inflammation is widespread throughout the interstitium where foci of granulation tissue with scattered pigment-laden macrophages are also present.   Other areas show localized chronic inflammation of the myocardium with extensive associated myocyte necrosis.  The epicardial surface is thickened and there is a mild diffuse chronic inflammatory cell infiltrated present.

**RIGHT VENTRICLE (4):**   Shows findings similar to those seen in the left ventricle without inflammation of the epicardium.

**INTERVENTRICULAR SEPTUM (4):**   Shows findings similar to those seen in the left ventricular myocardium.

**LIVER (5):**   Shows a typical lobular architecture with no increase in fibrosis or inflammation of the portal regions.   There is prominent sinusoidal vascular congestion.   Hepatocytes show mild macro and micro-vesicular steatosis without inflammation or necrosis.

**KIDNEY (5):**   Shows rare foci of acute inflammation that is associated with necrosis centered around glomeruli.   Tubules show autolysis/necrosis without inflammation.

**SPLEEN (6):**   Shows markedly edematous and congested red pulp with broad areas of degeneration/necrosis rimmed by necrotic cellular debris and acute inflammation.   There is relative absence of white pulp.

**PROSTATE GLAND (7):**   Shows diffuse involvement by necrosis associated with a mixture of acute and chronic inflammation. The peripheral connective tissue shows areas of chronic inflammation, necrotic cellular debris, and reactive fibroblasts.   One section shows a vessel with fibrin thrombus and extensive surrounding chronic inflammation.   Chronic inflammation is also seen around nerves.

**BRAIN (8-10):**   Section of basal ganglia, cerebellum, pons and occipital cortex show scattered hypereosinophilic neurons.  The leptomeninges are markedly thickened and fibrotic with scattered chronic inflammatory cells but no acute inflammation.   No encephalitis or vasculitis is present in the sections examined.

MICHAEL ZUR, MD, DIRECTOR * CLIA# 33D0168541 * ROBIN EASTMAN - ABAYA, MD

KAZUKO NITTA, MD   *   ZARINA HERNANDEZ - SCHIPPLICK, MD * JAMES A. TERZIAN, MD
Lourdes Hospital Department of Pathology * 169 Riverside Drive * Binghamton, NY * 13905



**NMS Labs**

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued** 12/13/2021 19:01

To: **10047**
Bradford County Coroner
22537 Route 187

Wysox, PA 18854

| | |
|---|---|
| **Patient Name** | WATTS, GEORGE |
| **Patient ID** | A21-452 |
| **Chain** | 21380238 |
| **Age** 24 Y | **DOB** 06/11/1997 |
| **Gender** | Male |
| **Workorder** | 21380238 |

**Page 1 of 3**

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Guaifenesin | 3.7 | mcg/mL | 001 - Aortic Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 8.75 mL | 10/28/2021 12:30 | Aortic Blood | A21-452 |
| 002 | Gray Top Tube | 7.75 mL | 10/28/2021 12:30 | Aortic Blood | A21-452 |

All sample volumes/weights are approximations.
Specimens received on 10/30/2021.

*O'C PCS 7-21 12.1*

Exh. 1, 11 of 13

**NMS**
LABS

CONFIDENTIAL

| Workorder | 21380238 |
| Chain | 21380238 |
| Patient ID | A21-452 |

Page 2 of 3

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Guaifenesin | 3.7 | mcg/mL | 0.20 | 001 - Aortic Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1.  Guaifenesin (Glyceryl Guaiacolate) - Aortic Blood:

    Guaifenesin is extensively used as an expectorant and is available in numerous over-the-counter medications. It is usually in combination with decongestants, antihistamines and antitussives. Guaifenesin is also a metabolite of Methocarbamol, a skeletal muscle relaxant.

    Following a single 600 mg oral dose, peak blood concentrations averaged 1.4 mcg/mL at 15 minutes post dose. The half-life of guaifenesin in plasma is approximately 3 hours. In two fatalities involving guaifenesin and other drugs the blood concentrations were 25 and 27 mcg/mL. The blood to plasma ratio is unknown for this compound.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 21380238 was electronically signed on 12/13/2021 18:36 by:

*Stephanie M. Marco*

Stephanie M. Marco, Ph.D.
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52076B - Methocarbamol and Guaifenesin Confirmation, Blood - Aortic Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Guaifenesin | 0.20 mcg/mL | Methocarbamol | 2.0 mcg/mL |

Acode 52285B - Doxylamine Confirmation, Blood - Aortic Blood

-Analysis by Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Doxylamine | 100 ng/mL | | |

Acode 8052B - Postmortem, Expanded, Blood (Forensic) - Aortic Blood

Exh. 1, 12 of 13



**CONFIDENTIAL**

| Workorder | 21380238 |
|-----------|----------|
| Chain | 21380238 |
| Patient ID | A21-452 |

Page 3 of 3

## Analysis Summary and Reporting Limits:

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|----------|-----------|----------|-----------|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|----------|-----------|----------|-----------|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of analyte classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified analyte class are included. Some specific analytes outside of these classes are also included. For a detailed list of all analytes and reporting limits included in this screen, please contact NMS Labs. Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

Form No: CICP-1

OMB Control Number: 0915-0334
Expiration Date: 3/31/2023

## COUNTERMEASURES INJURY COMPENSATION PROGRAM
## REQUEST FOR BENEFITS FORM

The Countermeasures Injury Compensation Program (CICP) provides certain medical and lost employment income benefits for individuals who were administered or used a covered countermeasure (such as 2009 H1N1 vaccine, Tamiflu®, Relenza®, and peramivir, mechanical ventilator, N-95 Filter Mask, anthrax vaccine, smallpox vaccine, etc.) and suffered a serious physical injury as a result.  Individuals have one year from the date they were administered or used the covered countermeasure to submit a Request for Benefits Form (Request Form) in order to be considered for benefits. Although the CICP needs all the medical documentation that supports the injury in order to process the request, **requesters may submit only this Form in order to meet the filing deadline**.  The CICP may also provide death benefits to certain survivors.  The estate of a deceased individual may also qualify for certain medical and lost employment income benefits.

### Read the instructions before completing this Request for Benefits Form.

## SECTION A. INJURED COUNTERMEASURE RECIPIENT
Fill in information about <u>the person who was administered or used a covered countermeasure</u> and may have had a serious injury from the countermeasure.

First Name: George          Middle Initial: E     Last Name: Watts, Jr.

Date of Birth: 06/11/1997

Address: 488 Barnes HIll Road

City: Lockwood          State: NY     Zip or Postal Code: 14859

Country (if other than the United States of America):

Telephone Number(s): N/A

Email address: N/A

Type of countermeasure (e.g., 2009 H1N1 vaccine): Pfizer-BioNTech Covid-19 vaccine

Date(s) of the countermeasure administration or use that may have caused the injury: 8/27/2021, 10/12/2021

Geographic location in which the countermeasure was administered or used (e.g., city, State): Sayre, Pennsylvania

Exh. 2, 1 of 6

Continued on next page

Form No: CICP-1

OMB Control Number: 0915-0334
Expiration Date: 3/31/2023

Describe the purpose for receiving the countermeasure (e.g., "There was an outbreak in my community"):
Covid vaccination was required by decedent's community college as a requirement to attend in-person classes as a student.

Who administered it? (e.g., doctor, hospital, clinic, local health department): Guthrie Robert Packer Hospital

Date of onset of the injury: 08/27/2021

Describe the injury that may have resulted from the countermeasure:
Mr. Watts experienced medical symptoms after his first injection, which worsened after his second injection on October 12, 2021. He sought emergency medical assistance twice for fatigue, blood in his urine, body pain, facial swelling, congestion and numerous other symptoms after the second injection. He was given a diagnosis of sinusitis and bronchitis and prescribed antibiotics. His symptoms steadily worsened and Mr. Watts died on October 27, 2021. The autopsy report (attached) listed the cause of death as "complications of Covid-19 vaccine-related myocarditis."

If you are the **injured countermeasure recipient**, go to <u>Section E</u> and sign this Request Form.

If you are a **survivor of a deceased injured countermeasure recipient** who may have died as a result of the countermeasure, <u>go to Section B (Yellow)</u>.

If you are the **executor or administrator of the estate of a deceased injured countermeasure recipient**, regardless of the cause of death, <u>go to Section C (Blue)</u>.

If you are the legal or **personal representative (including parent or guardian) of a person applying for Program benefits**, go to <u>Section D (Orange)</u>.

Exh. 2, 2 of 6

Form No: CICP-1

OMB Control Number: 0915-0334
Expiration Date: 3/31/2023

## SECTION B. SURVIVOR OF DECEASED INJURED COUNTERMEASURE RECIPIENT WHO MAY HAVE DIED AS A RESULT OF THE COVERED COUNTERMEASURE

All information in Section B refers only to the survivor(s) of the individual identified in Section A, who is/are requesting death benefits.

First Name: George   Middle Initial: E   Last Name: Watts, Sr.

Date of Birth: 3/31/1967

Address: 488 Barnes Hill Road

City: Lockwood   State: NY   Zip or Postal Code: 14859

Country (if other than the United States of America): _____

Telephone Number(s): (607)598-2546 (home); (607)333-5465 (mobile)

Email address: wattsg67@yahoo.com

The date the injured countermeasure recipient identified in Section A died: 10/27/2021

In order to be considered for Program benefits, a survivor must be in one of the categories described below. **Check** the box that describes the person identified in Section B in relation to the individual identified in Section A.

☐ Spouse
☐ Eligible child (described in the instructions)
☐ Dependent younger than the age of 18 (described in the instructions)
☐ Beneficiary named in most recently executed life insurance policy (and there are no survivors in the categories described above)
☑ Parent (and there are no survivors in the categories described above)
☐ Legal guardian of a deceased minor (and there are no survivors in the categories listed above)
☐ Adult child (and there are no survivors in the categories described above)

Check the first box below if the requester is a sole survivor or the second box if there are other survivors described above.

☐ To the best of my knowledge, there are no other survivors who may be eligible for a CICP death benefit payment; or
☑ There are other survivors who may be eligible for a CICP death benefits payment. I am providing their names and their relationship to the person we survived. If this box is checked, list survivors. Use additional sheet(s), if necessary. (Eligible survivor categories are listed above.)

Name: Kelly Lyn Watts   Relationship: Mother

Name: Cole Wesley Watts   Relationship: Brother

Name: _____   Relationship: _____

Name: _____   Relationship: _____

Go to **Section C (Blue)** if you are also the executor or the administrator of the estate.

Go to **Section D (Orange)** if there is a legal or personal representative; **otherwise**, go to **Section E** to sign this Request Form.

Exh. 2, 3 of 6

Last Updated: March 10, 2020

Form No: CICP-1

OMB Control Number: 0915-0334
Expiration Date: 3/31/2023

## SECTION C. EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF A DECEASED INJURED COUNTERMEASURE RECIPIENT

The Program may provide medical and/or lost employment income benefits to the estate of a deceased individual described in Section A, regardless of the cause of death. <u>All</u> information requested in Section C refers to the <u>executor or administrator of the estate only</u>.

N/A

First Name: _____ Middle Initial: _____ Last Name: _____

Address: _____

City: _____ State: _____ Zip or Postal Code: _____

Country (if other than the United States of America): _____

Telephone Number(s): _____

Email address: _____

Go to **Section D (Orange)** if there is a <u>legal or personal representative</u>; **otherwise**, go to **Section E** to sign this Request Form.

Exh. 2, 4 of 6

Form No: CICP-1

OMB Control Number: 0915-0334
Expiration Date: 3/31/2023

**SECTION D.  LEGAL OR PERSONAL REPRESENTATIVE (including parent or guardian)**
If you are the legal or personal representative of a minor or adult who does not have legal capacity to receive payments, complete Section D. Otherwise, a person requesting benefits does not need to have a legal or personal representative, but may choose to do so.  All communications will generally be conducted with the representative, if one is identified.  The CICP reserves the right to communicate with the requester if necessary.
**The CICP will not pay or reimburse any fees or costs incurred by using a representative.**
All Information in Section D refers to the legal or personal representative.

N/A
First Name: _____ Middle Initial: _____ Last Name:_____

Address: _____

City: _____ State: _____ Zip or Postal Code: _____

Country (if other than the United States of America): _____

Telephone Number(s): _____

Email address: _____

Relationship to the person applying for Program benefits (e.g., parent, lawyer):_____

Is the person you are representing a minor or an adult who does not have the legal capacity to receive payments?
☐Yes
☐No

Go to **Section E** to sign this Request Form.

Exh. 2, 5 of 6

Form No: CICP-1

OMB Control Number: 0915-0334
Expiration Date: 3/31/2023

**SECTION E. SIGNATURE**

**To be signed by the requester who is: (a) the injured countermeasure recipient identified in Section A; or (b) the survivor identified in Section B; or (c) the executor or administrator of the estate identified in Section C.  If the requester does not have the legal capacity to receive a Program payment, then the personal or legal representative identified in Section D must sign on his or her behalf.**

By signing this Form:

1) I hereby certify that the information provided in this Request Form is true and accurate to the best of my knowledge. Further, I understand that false statements or claims made in connection with this Request Form, including subsequent information and documentation submitted in connection with this Request Form, may result in fines, imprisonment and/or any other remedy, including civil remedies, available by law to the United States.

2) I will provide updated information (including, but not limited to medical records, employment income records, and change of address) until the Program has made its final decision.

3)  (**Check one**):
    ☑ I have the legal capacity to receive Program payments; or
    ☐ I represent someone who does not have the legal capacity to receive Program payments and I am signing below.
    George Watts, Sr.

    Name (Print clearly): _____

    Signature: _George E. Watts Sr._ Date: _8/19/2022_

Exh. 2, 6 of 6



**UNITED STATES POSTAL SERVICE.**

NATIONAL CAPITOL
2 MASSACHUSETTS AVE NE
WASHINGTON, DC 20002-9997
(800)275-8777

08/22/2022                                    12:18 PM
--------------------------------------------
Product              Qty    Unit      Price
                            Price
--------------------------------------------
PM Express 1-Day      1                $26.95
Flat Rate Env
    Rockville, MD 20857
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
      Tue 08/23/2022 06:00 PM
    Money Back Guarantee
    Tracking #:
      EI333517776US
    Insurance                          $0.00
      Up to $100.00 included
Total                                  $26.95
--------------------------------------------
Grand Total:                           $26.95
--------------------------------------------
Cash                                   $40.00
Change                                -$13.05
--------------------------------------------

********************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
********************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

Exh. 3

# USPS Tracking

**FAQs >**

**Tracking Number:**                                                                    **Remove ✕**

## EI333517776US

**Copy**          **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Scheduled Delivery by

## TUESDAY

# 23  August 2022 ⓘ

**by**

## 6:00pm ⓘ

Your item was delivered to an individual at the address at 11:44 am on August 23, 2022 in ROCKVILLE, MD 20850 to H H S. The item was signed for by D SINGH.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Left with Individual**
ROCKVILLE, MD 20850
August 23, 2022, 11:44 am

**See All Tracking History**

## Text & Email Updates                                                    ⌃

**Select what types of updates you'd like to receive and how. Send me a notification for:**

**Text**      **Email**

☐        ☐   All Below Updates

☐        ☐   Expected Delivery Updates ⓘ

Exh. 4

Feedback

The Vaccine Adverse Event Reporting System (VAERS) Results
Case 1:23-cv-01544-CJN   Document 1-1   Filed 05/31/23   Page 22 of 37
Data current as of 04/21/2023

**These are saved results**

Saved May 4, 2023, 7:13 PM

Copy the link that creates this page

More Information

Share to social media:

| Event Category | Year Received | Month Received | Events Reported | Percent (of 5,016) |
|---|---|---|---|---|
| **Death** | **2020** | Dec., 2020 | 16 | 0.32% |
| | | **Total** | **16** | **0.32%** |
| | **2021** | Jan., 2021 | 472 | 9.41% |
| | | Feb., 2021 | 778 | 15.51% |
| | | **Total** | **1,250** | **24.92%** |
| | | **Total** | **1,266** | **25.24%** |
| **Life Threatening** | **2020** | Dec., 2020 | 65 | 1.30% |
| | | **Total** | **65** | **1.30%** |
| | **2021** | Jan., 2021 | 362 | 7.22% |
| | | Feb., 2021 | 555 | 11.06% |
| | | **Total** | **917** | **18.28%** |
| | | **Total** | **982** | **19.58%** |
| **Permanent Disability** | **2020** | Dec., 2020 | 10 | 0.20% |
| | | **Total** | **10** | **0.20%** |
| | **2021** | Jan., 2021 | 172 | 3.43% |
| | | Feb., 2021 | 361 | 7.20% |
| | | **Total** | **533** | **10.63%** |
| | | **Total** | **543** | **10.83%** |
| **Congenital Anomaly / Birth Defect *** | **2020** | Dec., 2020 | 1 | 0.02% |
| | | **Total** | **1** | **0.02%** |
| | **2021** | Jan., 2021 | 14 | 0.28% |
| | | Feb., 2021 | 27 | 0.54% |
| | | **Total** | **41** | **0.82%** |
| | | **Total** | **42** | **0.84%** |
| **Hospitalized** | **2020** | Dec., 2020 | 138 | 2.75% |
| | | **Total** | **138** | **2.75%** |
| | **2021** | Jan., 2021 | 1,139 | 22.71% |
| | | Feb., 2021 | 1,970 | 39.27% |
| | | **Total** | **3,109** | **61.98%** |
| | | **Total** | **3,247** | **64.73%** |
| **Existing Hospitalization Prolonged** | **2020** | Dec., 2020 | 2 | 0.04% |
| | | **Total** | **2** | **0.04%** |
| | **2021** | Jan., 2021 | 11 | 0.22% |
| | | Feb., 2021 | 23 | 0.46% |
| | | **Total** | **34** | **0.68%** |
| | | **Total** | **36** | **0.72%** |
| **Total** | | | **6,116** | **121.93%** |

**Note: Submitting a report to VAERS does not mean that healthcare personnel or the vaccine caused or contributed to the adverse event (possible side effect).**

**\* These values are only available from VAERS 2.0 Report Form, active 06/30/2017 to present.**

**Notes:**

Exhibit 5



August 23, 2021

Pfizer Inc.
Attention:  Ms. Elisa Harkins
500 Arcola Road
Collegeville, PA  19426

Dear Ms. Harkins:

On February 4, 2020, pursuant to Section 564(b)(1)(C) of the Federal Food, Drug, and Cosmetic Act (the FD&C Act or the Act), the Secretary of the Department of Health and Human Services (HHS) determined that there is a public health emergency that has a significant potential to affect national security or the health and security of United States citizens living abroad, and that involves the virus that causes Coronavirus Disease 2019 (COVID-19).[1]  On the basis of such determination, the Secretary of HHS on March 27, 2020, declared that circumstances exist justifying the authorization of emergency use of drugs and biological products during the COVID-19 pandemic, pursuant to Section 564 of the Act (21 U.S.C. 360bbb-3), subject to terms of any authorization issued under that section.[2]

On December 11, 2020, the Food and Drug Administration (FDA) issued an Emergency Use Authorization (EUA) for emergency use of Pfizer-BioNTech COVID-19 Vaccine for the prevention of COVID-19 for individuals 16 years of age and older pursuant to Section 564 of the Act.  FDA reissued the letter of authorization on: December 23, 2020,[3] February 25, 2021,[4] May

---

[1] U.S. Department of Health and Human Services, Determination of a Public Health Emergency and Declaration that Circumstances Exist Justifying Authorizations Pursuant to Section 564(b) of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 360bbb-3. February 4, 2020.

[2] U.S. Department of Health and Human Services, *Declaration that Circumstances Exist Justifying Authorizations Pursuant to Section 564(b) of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 360bbb-3*, 85 FR 18250 (April 1, 2020).

[3] In the December 23, 2020 revision, FDA removed reference to the number of doses per vial after dilution from the letter of authorization, clarified the instructions for vaccination providers reporting to VAERS, and made other technical corrections.  FDA also revised the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) to clarify the number of doses of vaccine per vial after dilution and the instructions for reporting to VAERS. In addition, the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) and the Fact Sheet for Recipients and Caregivers were revised to include additional information on safety monitoring and to clarify information about the availability of other COVID-19 vaccines.

[4] In the February 25, 2021 revision, FDA allowed flexibility on the date of submission of monthly periodic safety reports and revised the requirements for reporting of vaccine administration errors by Pfizer Inc. The Fact Sheet for Health Care Providers Administering Vaccine (Vaccination Providers) was revised to provide an update to the storage and transportation temperature for frozen vials, direct the provider to the correct CDC website for information on monitoring vaccine recipients for the occurrence of immediate adverse reactions, to include data from a developmental toxicity study, and add adverse reactions that have been identified during post authorization use.  The Fact Sheet for Recipients and Caregivers was revised to add adverse reactions that have been identified during post authorization use.

Page 2 – Pfizer Inc.

10, 2021,[5] June 25, 2021,[6] and August 12, 2021.[7]

On August 23, 2021, FDA approved the biologics license application (BLA) submitted by BioNTech Manufacturing GmbH for COMIRNATY (COVID-19 Vaccine, mRNA) for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older.

On August 23, 2021, having concluded that revising this EUA is appropriate to protect the public health or safety under section 564(g)(2) of the Act, FDA is reissuing the August 12, 2021 letter of authorization in its entirety with revisions incorporated to clarify that the EUA will remain in place for the Pfizer-BioNTech COVID-19 vaccine for the previously-authorized indication and uses, and to authorize use of COMIRNATY (COVID-19 Vaccine, mRNA) under this EUA for certain uses that are not included in the approved BLA.  In addition, the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) was revised to provide updates on expiration dating of the authorized Pfizer-BioNTech COVID-19 Vaccine and to update language regarding warnings and precautions related to myocarditis and pericarditis.  The Fact Sheet for Recipients and Caregivers was updated as the Vaccine Information Fact Sheet for Recipients and Caregivers, which comprises the Fact Sheet for the authorized Pfizer-BioNTech COVID-19 Vaccine and information about the FDA-licensed vaccine, COMIRNATY (COVID-19 Vaccine, mRNA).

Pfizer-BioNTech COVID-19 Vaccine contains a nucleoside-modified messenger RNA (modRNA) encoding the viral spike (S) glycoprotein of SARS-CoV-2 formulated in lipid particles.  COMIRNATY (COVID-19 Vaccine, mRNA) is the same formulation as the Pfizer-BioNTech COVID-19 Vaccine and can be used interchangeably with the Pfizer-BioNTech COVID-19 Vaccine to provide the COVID-19 vaccination series.[8]

---

[5] In the May 10, 2021 revision, FDA authorized Pfizer-BioNTech Vaccine for the prevention of COVID-19 in individuals 12 through 15 years of age, as well as for individuals 16 years of age and older.  In addition, FDA revised the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) to include the following Warning: "Syncope (fainting) may occur in association with administration of injectable vaccines, in particular in  adolescents. Procedures should be in place to avoid injury from fainting."  In addition, the Fact Sheet for Recipients and Caregivers was revised to instruct vaccine recipients or their caregivers to tell the vaccination provider about fainting in association with a previous injection.

[6] In the June 25, 2021 revision, FDA clarified terms and conditions that relate to export of Pfizer-BioNTech COVID-19 Vaccine from the United States.  In addition, the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) was revised to include a Warning about myocarditis and pericarditis following administration of the Pfizer-BioNTech COVID-19 Vaccine.  The Fact Sheet for Recipients and Caregivers was updated to include information about myocarditis and pericarditis following administration of the Pfizer-BioNTech COVID-19 Vaccine.

[7] In the August 12, 2021 revision, FDA authorized a third dose of the Pfizer-BioNTech COVID-19 Vaccine administered at least 28 days following the two dose regimen of this vaccine in individuals 12 years of age or older who have undergone solid organ transplantation, or individuals 12 years of age or older who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

[8] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness.

Page 3 – Pfizer Inc.

For the December 11, 2020 authorization for individuals 16 years of age and older, FDA reviewed safety and efficacy data from an ongoing phase 1/2/3 trial in approximately 44,000 participants randomized 1:1 to receive Pfizer-BioNTech COVID-19 Vaccine or saline control. The trial has enrolled participants 12 years of age and older.  FDA's review at that time considered the safety and effectiveness data as they relate to the request for emergency use authorization in individuals 16 years of age and older.  FDA's review of the available safety data from 37,586 of the participants 16 years of age and older, who were followed for a median of two months after receiving the second dose, did not identify specific safety concerns that would preclude issuance of an EUA.  FDA's analysis of the available efficacy data from 36,523 participants 12 years of age and older without evidence of SARS-CoV-2 infection prior to 7 days after dose 2 confirmed the vaccine was 95% effective (95% credible interval 90.3, 97.6) in preventing COVID-19 occurring at least 7 days after the second dose (with 8 COVID-19 cases in the vaccine group compared to 162 COVID-19 cases in the placebo group).  Based on these data, and review of manufacturing information regarding product quality and consistency, FDA concluded that it is reasonable to believe that Pfizer-BioNTech COVID-19 Vaccine may be effective.  Additionally, FDA determined it is reasonable to conclude, based on the totality of the scientific evidence available, that the known and potential benefits of Pfizer-BioNTech COVID-19 Vaccine outweigh the known and potential risks of the vaccine, for the prevention of COVID-19 in individuals 16 years of age and older.  Finally, on December 10, 2020, the Vaccines and Related Biological Products Advisory Committee voted in agreement with this conclusion.

For the May 10, 2021 authorization for individuals 12 through 15 years of age, FDA reviewed safety and effectiveness data from the above-referenced, ongoing Phase 1/2/3 trial that has enrolled approximately 46,000 participants, including 2,260 participants 12 through 15 years of age.  Trial participants were randomized 1:1 to receive Pfizer-BioNTech COVID-19 Vaccine or saline control.  FDA's review of the available safety data from 2,260 participants 12 through 15 years of age, who were followed for a median of 2 months after receiving the second dose, did not identify specific safety concerns that would preclude issuance of an EUA.  FDA's analysis of SARS-CoV-2 50% neutralizing antibody titers 1 month after the second dose of Pfizer-BioNTech COVID-19 Vaccine in a subset of participants who had no serological or virological evidence of past SARS-CoV-2 infection confirm the geometric mean antibody titer in participants 12 through 15 years of age was non-inferior to the geometric mean antibody titer in participants 16 through 25 years of age.  FDA's analysis of available descriptive efficacy data from 1,983 participants 12 through 15 years of age without evidence of SARS-CoV-2 infection prior to 7 days after dose 2 confirm that the vaccine was 100% effective (95% confidence interval 75.3, 100.0) in preventing COVID-19 occurring at least 7 days after the second dose (with no COVID-19 cases in the vaccine group compared to 16 COVID-19 cases in the placebo group).  Based on these data, FDA concluded that it is reasonable to believe that Pfizer-BioNTech COVID-19 Vaccine may be effective in individuals 12 through 15 years of age. Additionally, FDA determined it is reasonable to conclude, based on the totality of the scientific evidence available, that the known and potential benefits of Pfizer-BioNTech COVID-19 Vaccine outweigh the known and potential risks of the vaccine, for the prevention of COVID-19 in individuals 12 through 15 years of age.

Page 4 – Pfizer Inc.

For the August 12, 2021 authorization of a third dose of the Pfizer-BioNTech COVID-19 Vaccine in individuals 12 years of age or older who have undergone solid organ transplantation, or individuals 12 years of age or older who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise, FDA reviewed safety and effectiveness data reported in two manuscripts on solid organ transplant recipients.  The first study was a single arm study conducted in 101 individuals who had undergone various solid organ transplant procedures (heart, kidney, liver, lung, pancreas) a median of 97±8 months earlier.  A third dose of the Pfizer-BioNTech COVID-19 Vaccine was administered to 99 of these individuals approximately 2 months after they had received a second dose.  Levels of total SARS-CoV-2 binding antibodies meeting the pre-specified criteria for success occurred four weeks after the third dose in 26/59 (44.0%) of those who were initially considered to be seronegative and received a third dose of the Pfizer-BioNTech COVID-19 Vaccine; 67/99 (68%) of the entire group receiving a third vaccination were subsequently considered to have levels of antibodies indicative of a significant response.  In those who received a third vaccine dose, the adverse event profile was similar to that after the second dose and no grade 3 or grade 4 events were reported.  A supportive secondary study describes a double-blind, randomized-controlled study conducted in 120 individuals who had undergone various solid organ transplant procedures (heart, kidney, kidney-pancreas, liver, lung, pancreas) a median of 3.57 years earlier (range 1.99-6.75 years).  A third dose of a similar mRNA vaccine (the Moderna COVID-19 vaccine) was administered to 60 individuals approximately 2 months after they had received a second dose (i.e., doses at 0, 1 and 3 months); saline placebo was given to 60 individuals or comparison.  The primary outcome was anti-RBD antibody at 4 months greater than 100 U/mL.  This titer was selected based on NHP challenge studies as well as a large clinical cohort study to indicate this antibody titer was  protective.  Secondary outcomes were based on a virus neutralization assay and polyfunctional T cell responses.  Baseline characteristics were comparable between the two study arms as were pre-intervention anti-RBD titer and neutralizing antibodies.  Levels of total SARS-CoV-2 binding antibodies indicative of a significant response occurred four weeks after the third dose in 33/60 (55.0%) of the Moderna COVID-19 vaccinated group and 10/57 (17.5%) of the placebo individuals.  In the 60 individuals who received a third vaccine dose, the adverse event profile was similar to that after the second dose and no grade 3 or grade 4 adverse events were reported. Despite the moderate enhancement in antibody titers, the totality of data (i.e., supportive paper by Hall et al. demonstrated efficacy of the product in the elderly and persons with co-morbidities) supports the conclusion that a third dose of the Pfizer-BioNTech COVID-19 vaccine may be effective in this population, and that the known and potential benefits of a third dose of Pfizer-BioNTech COVID-19 Vaccine outweigh the known and potential risks of the vaccine for immunocompromised individuals at least 12 years of age who have received two doses of the Pfizer-BioNTech COVID-19 Vaccine and who have undergone solid organ transplantation, or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

Having concluded that the criteria for issuance of this authorization under Section 564(c) of the Act are met, I am authorizing the emergency use of Pfizer-BioNTech COVID-19 Vaccine for the prevention of COVID-19, as described in the Scope of Authorization section of this letter (Section II) and subject to the terms of this authorization.  Additionally, as specified in subsection III.BB, I am authorizing use of COMIRNATY (COVID-19 Vaccine, mRNA) under this EUA when used to provide a two-dose regimen for individuals aged 12 through 15 years, or

Page 5 – Pfizer Inc.

to provide a third dose to individuals 12 years of age or older who have undergone solid organ transplantation or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

## I.        Criteria for Issuance of Authorization

I have concluded that the emergency use of Pfizer-BioNTech COVID-19 Vaccine for the prevention of COVID-19 when administered as described in the Scope of Authorization (Section II) meets the criteria for issuance of an authorization under Section 564(c) of the Act, because:

A. SARS-CoV-2 can cause a serious or life-threatening disease or condition, including severe respiratory illness, to humans infected by this virus;

B. Based on the totality of scientific evidence available to FDA, it is reasonable to believe that Pfizer-BioNTech COVID-19 Vaccine may be effective in preventing COVID-19, and that, when used under the conditions described in this authorization, the known and potential benefits of Pfizer-BioNTech COVID-19 Vaccine when used to prevent COVID-19 outweigh its known and potential risks; and

C. There is no adequate, approved, and available[9] alternative to the emergency use of Pfizer-BioNTech COVID-19 Vaccine to prevent COVID-19.[10]

## II.       Scope of Authorization

I have concluded, pursuant to Section 564(d)(1) of the Act, that the scope of this authorization is limited as follows:

- Pfizer Inc. will supply Pfizer-BioNTech COVID-19 Vaccine either directly or through authorized distributor(s),[11] to emergency response stakeholders[12] as directed by the U.S.

---

[9] Although COMIRNATY (COVID-19 Vaccine, mRNA) is approved to prevent COVID-19 in individuals 16 years of age and older, there is not sufficient approved vaccine available for distribution to this population in its entirety at the time of reissuance of this EUA. Additionally, there are no products that are approved to prevent COVID-19 in individuals age 12 through 15, or that are approved to provide an additional dose to the immunocompromised population described in this EUA.

[10] No other criteria of issuance have been prescribed by regulation under Section 564(c)(4) of the Act.

[11] "Authorized Distributor(s)" are identified by Pfizer Inc. or, if applicable, by a U.S. government entity, such as the Centers for Disease Control and Prevention (CDC) and/or other designee, as an entity or entities allowed to distribute authorized Pfizer-BioNTech COVID-19 Vaccine.

[12] For purposes of this letter, "emergency response stakeholder" refers to a public health agency and its delegates that have legal responsibility and authority for responding to an incident, based on political or geographical boundary lines (e.g., city, county, tribal, territorial, State, or Federal), or functional (e.g., law enforcement or public health range) or sphere of authority to administer, deliver, or distribute vaccine in an emergency situation. In some cases (e.g., depending on a state or local jurisdiction's COVID-19 vaccination response organization and plans), there might be overlapping roles and responsibilities among "emergency response stakeholders" and "vaccination providers" (e.g., if a local health department is administering COVID-19 vaccines; if a pharmacy is acting in an

Page 6 – Pfizer Inc.

government, including the Centers for Disease Control and Prevention (CDC) and/or other designee, for use consistent with the terms and conditions of this EUA;

- The Pfizer-BioNTech COVID-19 Vaccine covered by this authorization will be administered by vaccination providers[13] and used only to prevent COVID-19 in individuals ages 12 and older; and
- Pfizer-BioNTech COVID-19 Vaccine may be administered by a vaccination provider without an individual prescription for each vaccine recipient.

This authorization also covers the use of the licensed COMIRNATY (COVID-19 Vaccine, mRNA) product when used to provide a two-dose regimen for individuals aged 12 through 15 years, or to provide a third dose to individuals 12 years of age or older who have undergone solid organ transplantation or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

**Product Description**

The Pfizer-BioNTech COVID-19 Vaccine is supplied as a frozen suspension in multiple dose vials; each vial must be diluted with 1.8 mL of sterile 0.9% Sodium Chloride Injection, USP prior to use to form the vaccine.  The Pfizer-BioNTech COVID-19 Vaccine does not contain a preservative.

Each 0.3 mL dose of the Pfizer-BioNTech COVID-19 Vaccine contains 30 mcg of a nucleoside-modified messenger RNA (modRNA) encoding the viral spike (S) glycoprotein of SARS-CoV-2. Each dose of the Pfizer-BioNTech COVID-19 Vaccine also includes the following ingredients: lipids (0.43 mg (4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 0.05 mg 2[(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 0.09 mg 1,2-distearoyl-sn-glycero-3-phosphocholine, and 0.2 mg cholesterol), 0.01 mg potassium chloride, 0.01 mg monobasic potassium phosphate, 0.36 mg sodium chloride, 0.07 mg dibasic sodium phosphate dihydrate, and 6 mg sucrose.  The diluent (0.9% Sodium Chloride Injection) contributes an additional 2.16 mg sodium chloride per dose.

---

official capacity under the authority of the state health department to administer COVID-19 vaccines).  In such cases, it is expected that the conditions of authorization that apply to emergency response stakeholders and vaccination providers will all be met.

[13] For purposes of this letter, "vaccination provider" refers to the facility, organization, or healthcare provider licensed or otherwise authorized by the emergency response stakeholder (e.g., non-physician healthcare professionals, such as nurses and pharmacists pursuant to state law under a standing order issued by the state health officer) to administer or provide vaccination services in accordance with the applicable emergency response stakeholder's official COVID-19 vaccination and emergency response plan(s) and who is enrolled in the CDC COVID-19 Vaccination Program. If the vaccine is exported from the United States, a "vaccination provider" is a provider that is authorized to administer this vaccine in accordance with the laws of the country in which it is administered. For purposes of this letter, "healthcare provider" also refers to a person authorized by the U.S. Department of Health and Human Services (e.g., under the PREP Act Declaration for Medical Countermeasures against COVID-19) to administer FDA-authorized COVID-19 vaccine (e.g., qualified pharmacy technicians and State-authorized pharmacy interns acting under the supervision of a qualified pharmacist).  See, e.g., HHS. *Fourth Amendment to the Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19 and Republication of the Declaration*. 85 FR 79190 (December 9, 2020).

Page 7 – Pfizer Inc.

The dosing regimen is two doses of 0.3 mL each, 3 weeks apart.  A third dose may be administered at least 28 days following the second dose of the two dose regimen of this vaccine to individuals 12 years of age or older who have undergone solid organ transplantation, or individuals 12 years of age or older who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise.

The manufacture of the authorized Pfizer-BioNTech COVID-19 Vaccine is limited to those facilities identified and agreed upon in Pfizer's request for authorization.

The Pfizer-BioNTech COVID-19 Vaccine vial label and carton labels are clearly marked for "Emergency Use Authorization." The Pfizer-BioNTech COVID-19 Vaccine is authorized to be distributed, stored, further redistributed, and administered by emergency response stakeholders when packaged in the authorized manufacturer packaging (i.e., vials and cartons), despite the fact that the vial and carton labels may not contain information that otherwise would be required under the FD&C Act.

Pfizer-BioNTech COVID-19 Vaccine is authorized for emergency use with the following product-specific information required to be made available to vaccination providers and recipients, respectively (referred to as "authorized labeling"):

- Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers): Emergency Use Authorization (EUA) of Pfizer-BioNTech COVID-19 Vaccine to Prevent Coronavirus Disease 2019 (COVID-19)

- Vaccine Information Fact Sheet for Recipients and Caregivers About COMIRNATY (COVID-19 Vaccine, mRNA) and Pfizer-BioNTech COVID-19 Vaccine to Prevent Coronavirus Disease (COVID-19).

I have concluded, pursuant to Section 564(d)(2) of the Act, that it is reasonable to believe that the known and potential benefits of Pfizer-BioNTech COVID-19 Vaccine, when used to prevent COVID-19 and used in accordance with this Scope of Authorization (Section II), outweigh its known and potential risks.

I have concluded, pursuant to Section 564(d)(3) of the Act, based on the totality of scientific evidence available to FDA, that it is reasonable to believe that Pfizer-BioNTech COVID-19 Vaccine may be effective in preventing COVID-19 when used in accordance with this Scope of Authorization (Section II), pursuant to Section 564(c)(2)(A) of the Act.

Having reviewed the scientific information available to FDA, including the information supporting the conclusions described in Section I above, I have concluded that Pfizer-BioNTech COVID-19 Vaccine (as described in this Scope of Authorization (Section II)) meets the criteria set forth in Section 564(c) of the Act concerning safety and potential effectiveness.

The emergency use of Pfizer-BioNTech COVID-19 Vaccine under this EUA must be consistent with, and may not exceed, the terms of the Authorization, including the Scope of Authorization (Section II) and the Conditions of Authorization (Section III).  Subject to the terms of this EUA and

Page 8 – Pfizer Inc.

under the circumstances set forth in the Secretary of HHS's determination under Section 564(b)(1)(C) described above and the Secretary of HHS's corresponding declaration under Section 564(b)(1), Pfizer-BioNTech COVID-19 Vaccine is authorized to prevent COVID-19 in individuals 12 years of age and older as described in the Scope of Authorization (Section II) under this EUA, despite the fact that it does not meet certain requirements otherwise required by applicable federal law.

## III.   Conditions of Authorization

Pursuant to Section 564 of the Act, I am establishing the following conditions on this authorization:

Pfizer Inc. and Authorized Distributor(s)

    A. Pfizer Inc. and authorized distributor(s) will ensure that the authorized Pfizer-BioNTech COVID-19 Vaccine is distributed, as directed by the U.S. government, including CDC and/or other designee, and the authorized labeling (i.e., Fact Sheets) will be made available to vaccination providers, recipients, and caregivers consistent with the terms of this letter.

    B. Pfizer Inc. and authorized distributor(s) will ensure that appropriate storage and cold chain is maintained until delivered to emergency response stakeholders' receipt sites.

    C. Pfizer Inc. will ensure that the terms of this EUA are made available to all relevant stakeholders (e.g., emergency response stakeholders, authorized distributors, and vaccination providers) involved in distributing or receiving authorized Pfizer-BioNTech COVID-19 Vaccine.  Pfizer Inc. will provide to all relevant stakeholders a copy of this letter of authorization and communicate any subsequent amendments that might be made to this letter of authorization and its authorized labeling.

    D. Pfizer Inc. may develop and disseminate instructional and educational materials (e.g., video regarding vaccine handling, storage/cold-chain management, preparation, disposal) that are consistent with the authorized emergency use of the vaccine as described in the letter of authorization and authorized labeling, without FDA's review and concurrence, when necessary to meet public health needs during an emergency. Any instructional and educational materials that are inconsistent with the authorized labeling are prohibited.

    E. Pfizer Inc. may request changes to this authorization, including to the authorized Fact Sheets for the vaccine.  Any request for changes to this EUA must be submitted to Office of Vaccines Research and Review (OVRR)/Center for Biologics Evaluation and Research (CBER).  Such changes require appropriate authorization prior to implementation.[14]

---

[14] The following types of revisions may be authorized without reissuing this letter: (1) changes to the authorized labeling; (2) non-substantive editorial corrections to this letter; (3) new types of authorized labeling, including new fact sheets; (4) new carton/container labels; (5) expiration dating extensions; (6) changes to manufacturing

Page 9 – Pfizer Inc.

F. Pfizer Inc. will report to Vaccine Adverse Event Reporting System (VAERS):
- Serious adverse events (irrespective of attribution to vaccination);
- Cases of Multisystem Inflammatory Syndrome in children and adults; and
- Cases of COVID-19 that result in hospitalization or death, that are reported to Pfizer Inc.

These reports should be submitted to VAERS as soon as possible but no later than 15 calendar days from initial receipt of the information by Pfizer Inc.

G. Pfizer Inc. must submit to Investigational New Drug application (IND) number 19736 periodic safety reports at monthly intervals in accordance with a due date agreed upon with the Office of Biostatistics and Epidemiology (OBE)/CBER beginning after the first full calendar month after authorization. Each periodic safety report is required to contain descriptive information which includes:
- A narrative summary and analysis of adverse events submitted during the reporting interval, including interval and cumulative counts by age groups, special populations (e.g., pregnant women), and adverse events of special interest;
- A narrative summary and analysis of vaccine administration errors, whether or not associated with an adverse event, that were identified since the last reporting interval;
- Newly identified safety concerns in the interval; and
- Actions taken since the last report because of adverse experiences (for example, changes made to Healthcare Providers Administering Vaccine (Vaccination Providers) Fact Sheet, changes made to studies or studies initiated).

H. No changes will be implemented to the description of the product, manufacturing process, facilities, or equipment without notification to and concurrence by FDA.

I. All manufacturing facilities will comply with Current Good Manufacturing Practice requirements.

J. Pfizer Inc. will submit to the EUA file Certificates of Analysis (CoA) for each drug product lot at least 48 hours prior to vaccine distribution. The CoA will include the established specifications and specific results for each quality control test performed on the final drug product lot.

K. Pfizer Inc. will submit to the EUA file quarterly manufacturing reports, starting in July 2021, that include a listing of all Drug Substance and Drug Product lots produced after issuance of this authorization. This report must include lot number, manufacturing site, date of manufacture, and lot disposition, including those lots that

---

processes, including tests or other authorized components of manufacturing; (7) new conditions of authorization to require data collection or study. For changes to the authorization, including the authorized labeling, of the type listed in (3), (6), or (7), review and concurrence is required from the Preparedness and Response Team (PREP)/Office of the Center Director (OD)/CBER and the Office of Counterterrorism and Emerging Threats (OCET)/Office of the Chief Scientist (OCS).

Page 10 – Pfizer Inc.

were quarantined for investigation or those lots that were rejected.  Information on the reasons for lot quarantine or rejection must be included in the report.

L.  Pfizer Inc. and authorized distributor(s) will maintain records regarding release of Pfizer-BioNTech COVID-19 Vaccine for distribution (i.e., lot numbers, quantity, release date).

M.  Pfizer Inc. and authorized distributor(s) will make available to FDA upon request any records maintained in connection with this EUA.

N.  Pfizer Inc. will conduct post-authorization observational studies to evaluate the association between Pfizer-BioNTech COVID-19 Vaccine and a pre-specified list of adverse events of special interest, along with deaths and hospitalizations, and severe COVID-19.  The study population should include individuals administered the authorized Pfizer-BioNTech COVID-19 Vaccine under this EUA in the general U.S. population (12 years of age and older), populations of interest such as healthcare workers, pregnant women, immunocompromised individuals, subpopulations with specific comorbidities.  The studies should be conducted in large scale databases with an active comparator.  Pfizer Inc. will provide protocols and status update reports to the IND 19736 with agreed-upon study designs and milestone dates.

Emergency Response Stakeholders

O.  Emergency response stakeholders will identify vaccination sites to receive authorized Pfizer-BioNTech COVID-19 Vaccine and ensure its distribution and administration, consistent with the terms of this letter and CDC's COVID-19 Vaccination Program.

P.  Emergency response stakeholders will ensure that vaccination providers within their jurisdictions are aware of this letter of authorization, and the terms herein and any subsequent amendments that might be made to the letter of authorization, instruct them about the means through which they are to obtain and administer the vaccine under the EUA, and ensure that the authorized labeling [i.e., Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) and Vaccine Information Fact Sheet for Recipients and Caregivers] is made available to vaccination providers through appropriate means (e.g., e-mail, website).

Q.  Emergency response stakeholders receiving authorized Pfizer-BioNTech COVID-19 Vaccine will ensure that appropriate storage and cold chain is maintained.

Vaccination Providers

R.  Vaccination providers will administer the vaccine in accordance with the authorization and will participate and comply with the terms and training required by CDC's COVID-19 Vaccination Program.

Page 11 – Pfizer Inc.

S.  Vaccination providers will provide the Vaccine Information Fact Sheet for Recipients and Caregivers to each individual receiving vaccination and provide the necessary information for receiving their second dose and/or third dose.

T.  Vaccination providers administering the vaccine must report the following information associated with the administration of the vaccine of which they become aware to VAERS in accordance with the Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers):
   - Vaccine administration errors whether or not associated with an adverse event
   - Serious adverse events (irrespective of attribution to vaccination)
   - Cases of Multisystem Inflammatory Syndrome in children and adults
   - Cases of COVID-19 that result in hospitalization or death

   Complete and submit reports to VAERS online at https://vaers.hhs.gov/reportevent.html.  The VAERS reports should include the words "Pfizer-BioNTech COVID-19 Vaccine EUA" in the description section of the report.  More information is available at vaers.hhs.gov or by calling 1-800-822-7967.  To the extent feasible, report to Pfizer Inc. by contacting 1-800-438-1985 or by providing a copy of the VAERS form to Pfizer Inc.; Fax: 1-866-635-8337.

U.  Vaccination providers will conduct any follow-up requested by the U.S government, including CDC, FDA, or other designee, regarding adverse events to the extent feasible given the emergency circumstances.

V.  Vaccination providers will monitor and comply with CDC and/or emergency response stakeholder vaccine management requirements (e.g., requirements concerning obtaining, tracking, and handling vaccine) and with requirements concerning reporting of vaccine administration data to CDC.

W.  Vaccination providers will ensure that any records associated with this EUA are maintained until notified by FDA.  Such records will be made available to CDC, and FDA for inspection upon request.

<u>Conditions Related to Printed Matter, Advertising, and Promotion</u>

X.  All descriptive printed matter, advertising, and promotional material, relating to the use of the Pfizer-BioNTech COVID-19 Vaccine shall be consistent with the authorized labeling, as well as the terms set forth in this EUA, and meet the requirements set forth in section 502(a) and (n) of the FD&C Act and FDA implementing regulations.

Y.  All descriptive printed matter, advertising, and promotional material relating to the use of the Pfizer-BioNTech COVID-19 Vaccine clearly and conspicuously shall state that:

Page 12 – Pfizer Inc.

- This product has not been approved or licensed by FDA, but has been authorized for emergency use by FDA, under an EUA to prevent Coronavirus Disease 2019 (COVID-19) for use in individuals 12 years of age and older; and
- The emergency use of this product is only authorized for the duration of the declaration that circumstances exist justifying the authorization of emergency use of the medical product under Section 564(b)(1) of the FD&C Act unless the declaration is terminated or authorization revoked sooner.

Condition Related to Export

Z.  If the Pfizer-BioNTech COVID-19 Vaccine is exported from the United States, conditions C, D, and O through Y do not apply, but export is permitted only if 1) the regulatory authorities of the country in which the vaccine will be used are fully informed that this vaccine is subject to an EUA and is not approved or licensed by FDA and 2) the intended use of the vaccine will comply in all respects with the laws of the country in which the product will be used. The requirement in this letter that the authorized labeling (i.e., Fact Sheets) be made available to vaccination providers, recipients, and caregivers in condition A will not apply if the authorized labeling (i.e., Fact Sheets) are made available to the regulatory authorities of the country in which the vaccine will be used.

Conditions With Respect to Use of Licensed Product

AA. COMIRNATY  (COVID-19 Vaccine, mRNA) is now licensed for individuals 16 years of age and older. There remains, however, a significant amount of Pfizer-BioNTech COVID-19 vaccine that was manufactured and labeled in accordance with this emergency use authorization. This authorization thus remains in place with respect to that product for the previously-authorized indication and uses (i.e., for use to prevent COVID-19 in individuals 12 years of age and older with a two-dose regimen, and to provide a third dose to individuals 12 years of age or older who have undergone solid organ transplantation, or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise).

BB. This authorization also covers the use of the licensed COMIRNATY (COVID-19 Vaccine, mRNA) product when used to provide a two-dose regimen for individuals aged 12 through 15 years, or to provide a third dose to individuals 12 years of age or older who have undergone solid organ transplantation or who are diagnosed with conditions that are considered to have an equivalent level of immunocompromise. Conditions A through W in this letter apply when COMIRNATY (COVID-19 Vaccine, mRNA) is provided for the uses described in this subsection III.BB, except that product manufactured and labeled in accordance with the approved BLA is deemed to satisfy the manufacturing, labeling, and distribution requirements of this authorization.

IV.  **Duration of Authorization**

Exh. 6, 12 of 13

Page 13 – Pfizer Inc.


This EUA will be effective until the declaration that circumstances exist justifying the authorization of the emergency use of drugs and biological products during the COVID-19 pandemic is terminated under Section 564(b)(2) of the Act or the EUA is revoked under Section 564(g) of the Act.

Sincerely,

--/S/--

_____

RADM Denise M. Hinton
Chief Scientist
Food and Drug Administration


Enclosures

Exh. 6, 13 of 13

H105.805 REV (2/21)

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH
### WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00

COMMONWEALTH OF PENNSYLVANIA · DEPARTMENT OF HEALTH

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

*Karen H. Whyte*   1/24/22

Local Registrar    Date Issued

P 28680091

Certification Number

---

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

## CERTIFICATE OF DEATH

State File Number: 421051-2021

| 1. Decedent's Legal Name (First, Middle, Last, Suffix) George Ernest Watts Jr | | 2. Sex Male | 3. Social Security Number 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 | 4. Date of Death (Month dd, yyyy) October 27, 2021 |
|---|---|---|---|---|

| 5a. Age-Last Birthday (Yrs) 24 | 5b. Under 1 Year Months / Days | 5c. Under 1 Day Hours / Minutes | 6. Date of Birth (Mo/Day/Year) (Spell Month) June 11, 1997 | 7a. Birthplace (City and State or Foreign Country) Elmira, New York | 7b. Birthplace (County) Chemung |

| 8a. Residence (State or Foreign Country) New York | 8b. Residence (Street and Number - Include Apt No.) 488 Barnes Hill Road | 8c. Did Decedent Live in a Township? ☒ Yes, decedent lived in Van Etten | twp. |
| 8d. Residence (County) Chemung | 8e. Residence (Zip Code) 14859 | ☐ No, decedent lived within limits of | city/boro. |

| 9. Ever in US Armed Forces? ☒ Yes ☐ No ☐ Unknown | 10. Marital Status at Time of Death ☐ Married ☐ Divorced ☒ Never Married ☐ Widowed ☐ Unknown | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) |

| 12. Father / Parent's Name (First, Middle, Last, Suffix) George E. Watts | | 13. Mother / Parent's Name Prior to First Marriage (First, Middle, Last, Suffix) Kelly L. Conrad |

| 14a. Informant's Name George E. Watts | 14b. Relationship to Decedent Father | 14c. Informant's Mailing Address (Street and Number, City, State, Zip Code) 488 Barnes Hill Road Lockwood, NY 14859 |

| 15. If Death Occurred in a Hospital: ☐ Inpatient ☒ Emergency Room/Outpatient ☐ Dead on Arrival | If Death Occurred Somewhere Other Than a Hospital: ☐ Hospice Facility ☐ Nursing Home/Long-Term Care Facility ☐ Decedent's Home ☐ Other (Specify) | | 15a. Place of Death (Check One) |

| 15b. Facility Name (If not institution, give street and number) Robert Packer Hospital | 15c. City or Town, State, and Zip Code Sayre, Pennsylvania 18840 | 15d. County of Death Bradford |

| 16a. Method of Disposition ☒ Removal from State ☐ Burial ☐ Cremation ☐ Donation ☐ Other (Specify) | 16b. Date of Disposition October 28, 2021 | 16c. Place of Disposition (Name of cemetery, crematory, or other place) White Haven Memorial Park |

| 16d. Location of Disposition (City or Town, State, and Zip) Pittsford, New York | 17a. Signature of Funeral Service Licensee or Person in Charge of Interment *Kevin R Sullivan (Electronically Signed)* | 17b. License Number 13502 |

| 17c. Name and Complete Address of Funeral Facility Sullivan's Funeral Home 365 E Franklin Street Horseheads, New York 14845 |

| 18. Decedent's Education - Check the box that best describes the highest degree or level of school completed at the time of death. ☐ 8th grade or less ☐ No diploma, 9th - 12th grade ☐ High school graduate or GED completed ☒ Some college credit, but no degree ☐ Associate degree (e.g. AA, AS) ☐ Bachelor's degree (e.g. BA, AB, BS) ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA) ☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, DDS, DVM, LLB, JD) | 19. Decedent of Hispanic Origin - Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino. ☒ No, not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☐ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (Specify) | 20. Decedent's Race - Check ONE OR MORE races to indicate what the decedent considered himself or herself to be. ☒ White ☐ Black or African American ☐ American Indian or Alaska Native ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander ☐ Other (Specify) |

| 21. Decedent's Single Race Self-Designation - Check ONLY ONE to indicate what the decedent considered himself or herself to be. ☒ White ☐ Black or African American ☐ American Indian or Alaska Native ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander ☐ Don't Know/Not Sure ☐ Refused ☐ Other (Specify) | 22a. Decedent's Usual Occupation - Indicate type of work done during most of working life. DO NOT USE RETIRED. Student | 22b. Kind of Business/Industry n/a |

| ITEMS 23a - 24 MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH | 23a. Date Pronounced Dead (Mo/Day/Yr) October 27, 2021 | 23b. Signature of Person Pronouncing Death (Only when applicable) | 23c. License Number |
| 23d. Date Signed (Mo/Day/Yr) October 27, 2021 | 24. Time of Death Pronounced 09:05 | 25. Was Medical Examiner or Coroner Contacted? ☒ Yes ☐ No Lon Ovedovitz MD | MD065759L |

### CAUSE OF DEATH

| 26. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary | | Approximate Interval: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. COVID-19 Vaccine-related myocarditis | Due to (or as a consequence of): | Weeks |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. b. | Due to (or as a consequence of): | |
| | c. Due to (or as a consequence of): | |
| | d. Due to (or as a consequence of): | |

| 26. Part II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 27. Was an autopsy performed? ☒ Yes ☐ No | 28. Were autopsy findings available to complete the cause of death? ☒ Yes ☐ No |

| 29. If Female: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 30. Did Tobacco Use Contribute to Death? ☐ Yes ☐ Probably ☐ No ☒ Unknown | 31. Manner of Death ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined |
| | 32. Date of Injury (Mo/Day/Yr) (Spell Month) | 33. Time of Injury |

| 34. Place of Injury (e.g. home; construction site; farm; school) | 35. Location of Injury (Street and Number, City, State, Zip Code) |

| 36. Injury at Work ☐ Yes ☐ No | 37. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other (Specify) | 38. Describe How Injury Occurred: |

| 39a. Certifier - physician, certified registered nurse practitioner, physician assistant, medical examiner/coroner (Check only one): ☐ Certifying only - To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☐ Pronouncing & Certifying - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated. ☒ Medical Examiner/Coroner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. |
| Signature of Certifier: *Timothy B Cahill Jr (Electronically Signed)* Title of Certifier: ME/Coroner | License Number: |

| 39b. Name, Address and Zip Code of Person Completing Cause (Item 26) Timothy Cahill 22537 Route 187 Wysox, Pennsylvania 18854 | 39c. Date Signed (Mo/Day/Yr) January 14, 2022 |

| 40. Registrar's District Number 08-096 | 41. Registrar's Signature *Karen N. Whyte (Electronically Signed)* | 42. Date Filed (Mo/Day/Yr) November 01, 2021 |

| 43. Amendments |

Disposition Permit No. E424107

H105-143
REV 11/2017-E

Exhibit 7

**COVID-19 Vaccination Record Card**

Please keep this record card, which includes medical information about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información médica sobre las vacunas que ha recibido.

Watts     George     MI
Last Name     First Name

6/4/97     1265936
Date of birth     Patient number (medical record or IIS record number)

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---|---|---|---|
| 1st Dose COVID-19 | Pfizer FD8448 | 8 / 27 / 21 mm dd yy | RPH IM BEE |
| 2nd Dose COVID-19 | Pfizer ED0809 | 9 / 17 / 21 mm dd yy | RPH IM BA |
| Other | | / / mm dd yy | |
| Other | | / / mm dd yy | |

Exh. 8