IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GEORGE WATTS, JR.,<br>    488 Barnes Hill Road<br>    Lockwood, NY 14589<br><br>                            *Plaintiff,*<br><br>    v.<br><br>LLOYD J. AUSTIN III in his official<br>Capacity as Secretary of the<br>UNITED STATES DEPARTMENT<br>OF DEFENSE<br>    1000 Defense Pentagon<br>    Washington, DC 20301<br><br>                            *Defendant.* | **CASE NO.:**_____ |

**<u>AFFIDAVIT OF SANJAY VERMA, M.D.</u>**

1

I, Sanjay Verma, M.D., hereby provide this affidavit:

1. I have personal knowledge of the facts set forth herein. If called to testify and/or provide a full expert witness report on these matters, I could so competently testify.

2. I am a medical doctor licensed in California, Oregon, and Colorado, having practiced medicine for 12 years. I am Board Certified in Internal Medicine with sub-specialties in cardiovascular disease and Interventional Cardiology. I work as the Interventional Cardiologist and Medical Director at Desert Care Network, JFK Memorial Hospital, in Indio, CA. My ongoing publications in cardiology are available at https://pubmed.ncbi.nlm.nih.gov/.

3. During the pandemic, I have been involved in the treatment of COVID-19, in particular patients who presented to me with various cardiac manifestations. I have also treated numerous patients with cardiomyopathy and other inflammatory cardiac conditions temporally associated with them having received a COVID-19 vaccine (cardiac complications which more likely than not was a consequent to the COVID-19 vaccine).

4. I have reviewed the Verified Complaint in this action by the Estate of George Watts, Jr. against the U.S. Department of Defense. In particular, my review included Exhibit 1 (Coroner's Comprehensive Report of Death Investigation, dated April 21, 2023; Lourdes Hospital Pathology Report, Autopsy, dated December 29, 2021; NMS Labs report dated December 13, 2021). I consider these medical records reliable and have so relied upon them. I have not received or reviewed any of decedent's other medical records, but rather am relying upon the accuracy of the medical records review by the Coroner and Pathologist, pursuant to 42 U.S.C.S. § 247d-6d ("alleged in the complaint"). If I am called in this proceeding to provide a full expert witness report, I will request and review the available full medical record of the decedent.

5. I did not treat the decedent on whose behalf the complaint was filed.

6. Based upon my review of the above-identified Verified Complaint and Exhibits, I certify that the decedent suffered the death alleged in the Verified Complaint, and to a reasonable degree of medical certainty that such death was proximately caused by decedent's COVID-19 vaccination.

7. The basis for my medical opinion is as follows:

    a. Decedent received two EUA BioNTech COVID-19 vaccines, on August 27, 2021 and September 17, 2021. The Exhibit 1 medical records evidence the decedent's short-term progressive serious injuries in the weeks after vaccination, culminating in his cardiac failure October 27, 2021. The Coroner and Pathologist agree the cause of death was COVID-19 vaccine-related myocarditis. From the pathologist Robert Stoppacher, MD, particularly instructive are (1) the final autopsy diagnoses detail the complications of myocarditis that are consistent with my research and experience regarding vaccine-related myocarditis as cause of death, (2) the cardiological microscopic findings of the decedent are consistent with my research and experience regarding vaccine-related myocarditis as cause of death, and (3) the decedent's health decline prior to his death is consistent with my research and experience regarding vaccine-related myocarditis as cause of death.

    b. As early as spring 2021, reports started to surface regarding very serious severe adverse events from COVID-19 vaccination, including myocarditis and fatalities. Subsequent research has repeatedly confirmed statistically significant increased risk of myocarditis (especially for younger males in decedent's age group) with the COVID-19 vaccines received by decedent.

    c.  Scientific studies demonstrate spike protein can be found in the body tissues and organs months after vaccination. The timing of decedent's death is consistent with my research and experience regarding vaccine-related myocarditis as cause of death.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2023.

_____
Sanjay Verma, MD

---

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

## ACKNOWLEDGMENT

State of California        )
                                     ) ss
County of _____  )

On May ___, 2023 before me, _____, a notary public, personally appeared Sanjay Verma, MD, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under threat of penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WITNESS my hand and official seal.

PLEASE SEE NOTARY
ATTACHMENT
INT R.G.

Signature _____ (SEAL)

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Riverside }

On  May 30  ,2023 , before me,  Raquel Guerra , Notary Public personally appeared  Sanjay Verma 

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of State of California that the foregoing paragraph is true and correct.

RAQUEL GUERRA
Notary Public - California
Riverside County
Commission # 2373230
My Comm. Expires Sep 1, 2025

WITNESS my hand and official seal.

SIGNATURE _____

PLACE NOTARY SEAL ABOVE

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of attached document**
Title or type of document:  Sanjay Verma MD affidavit 

Document Date:_____ Number of Pages:_____

Signer(s) Other than Named Above:_____