UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GEORGE WATTS, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LLOYD J. AUSTIN III in his official capacity as Secretary of the United States Department of Defense,<br><br>　　　　Defendant. | Civil Action No. 1:23-cv-01544 (CJN) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant hereby respectfully requests that the Court dismiss the Complaint for lack of jurisdiction or, in the alternative, for failure to state a claim under Rule 12(b)(6). The reasons in support of Defendant's motion are set forth in the attached Memorandum in support of Defendant's motion. Defendant respectfully requests an oral hearing on its motion.

Dated:  September 1, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

TERRY M. HENRY
Assistant Branch Director

*/s/ Laura B. Bakst*
ZACHARY A. AVALLONE
　(D.C. Bar No. 1023361)

LAURA B. BAKST
  (D.C. Bar No. 1782054)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3183
Email: Laura.b.bakst@usdoj.gov

*Counsel for Defendant*