UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GEORGE WATTS, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>LLOYD J. AUSTIN III in his official capacity as Secretary of the United States Department of Defense,<br><br>    Defendant. | Civil Action No. 1:23-cv-01544 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that this matter is dismissed with prejudice.

SO ORDERED:

_____            _____
Dated                                                             Hon. Carl J. Nichols
                                                                                   United States District Judge