UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GEORGE WATTS, JR., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD J. AUSTIN III in his official capacity as Secretary of the United States Department of Defense, <br><br> Defendant. | Civil Action No. 1:23-cv-01544 (CJN) |

## DEFENDANTS' NOTICE OF
## WITHDRAW OF ZACHARY A. AVALLONE AS COUNSEL

Pursuant to LCvR83.6(b), Defendant provides this notice that Zachary A. Avallone is withdrawing as his attorney in this matter. Mr. Avallone is leaving the United States Department of Justice, Civil Division, Federal Programs Branch effective October 21, 2023. Defendant will continue to be represented by attorneys from the Department of Justice, including Laura Bakst, whose address appears in the signature block below.

Dated: October 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

TERRY M. HENRY
Assistant Branch Director

/s/ Zachary A. Avallone
ZACHARY A. AVALLONE
  (D.C. Bar No. 1023361)
LAURA B. BAKST

    (D.C. Bar No. 1782054)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Email: Zachary.A.Avallone@usdoj.gov

*Counsel for Defendant*