**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF GEORGE WATTS, JR.,<br><br>      Plaintiff,<br><br>  v.<br><br>LLOYD J. AUSTIN III in his official capacity as Secretary of the United States Department of Defense,<br><br>      Defendant. | Civil Action No. 1:23-cv-01544 (CJN) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    Please take notice that the undersigned attorney, Jeremy Mauritzen, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendant, in place of Laura B. Bakst. Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court.

DATED: April 1, 2025

    Respectfully submitted,

    YAAKOV M. ROTH
    Acting Assistant Attorney General

    ALEXANDER K. HAAS
    Director, Federal Programs Branch

    LAUREN A. WETZLER
    Deputy Branch Director

    */s/ Jeremy Mauritzen*
    JEREMY MAURITZEN (CA Bar No. 354615)
    Trial Attorney, U.S. Dept. of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W.
    Washington, DC 20005
    Tel: (202) 598-7315
    Email: jeremy.mauritzen@usdoj.gov
    *Counsel for Defendant*