# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5178**                             **September Term, 2024**

**1:23-cv-01544-CJN**

**Filed On: May 21, 2025** [2116861]

Estate of George Watts, Jr.,

      Appellant

    v.

Peter B. Hegseth, in his official capacity as
Secretary of the United States Department
of Defense,

      Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the disposition of the motion for relief from judgment, order or proceeding.

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk
                                BY:   /s/
                                                    Elbert B.J. Lestrade
                                                    Deputy Clerk