UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GEORGE WATTS, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> PETE HEGSETH, Secretary of the United States Department of Defense, <br><br> *Defendant*. | Civil Action No. 1:23-cv-01544 (CJN-JC-JMC) |

## JUDGMENT

For the reasons given in the accompanying Order, it is hereby

**ORDERED** that the Motion to Correct Mistake, ECF 29, is **DENIED**; and it is further

**ORDERED** that the Motion to Dismiss, ECF 13, is **GRANTED**; and it is further

**ORDERED** that the case is **DISMISSED** for lack of jurisdiction.

The Clerk of Court is directed to terminate this case.

DATE: February 18, 2026

_____
J. MICHELLE CHILDS
United States Circuit Judge

_____
CARL J. NICHOLS
United States District Judge

_____
JIA M. COBB
United States District Judge