# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GEORGE WATTS, JR., ) | |
| ) | |
| ) | |
| ) | **CASE NO.: 1:23-cv-01544 (CJN)** |
| *Plaintiff,* ) | |
| ) | |
| v. ) | **CIVIL NOTICE OF APPEAL** |
| ) | |
| PETER HEGSETH, in his official ) | |
| Capacity as Secretary of the ) | |
| UNITED STATES DEPARTMENT ) | |
| OF DEFENSE, ) | |
| *Defendant.* ) | |

Notice is hereby given this 18th day of February 2026, that Plaintiff, Estate of George Watts Jr., hereby files its Notice of Appeal of the District Court's February 18, 2026 entry of Judgment (ECF 33) as detailed in an Opinion granting Defendant's Motion to Dismiss. This "final appealable Order" (ECF 32) in favor of Defendant Pete Hegseth, Secretary of the United States Department of Defense, and against Plaintiff, Estate of George Watts Jr., was issued Per Curiam by United States Circuit Judge J. Michelle Childs, and U.S. District Judges Carl J. Nichols and Jia M. Cobb. The Circuit Court convened a three-judge panel under 42 U.S.C. § 247d–6d(e)(5), and 28 U.S.C. § 2284. This notice of appeal complies with Sup. Ct. R. 18.

1

Respectfully submitted,                    Dated: February 18, 2026


Signed

RAY L. FLORES II, Attorney at Law
Torrey Reserve North Court
11622 El Camino Real Suite 100
San Diego, CA 92130
California State Bar Number: 233643
D.C. District Court I.D. No.: CA00173
Phone: (858) 367-0397
Email: rayfloreslaw@gmail.com


2

CIVIL NOTICE OF APPEAL